SAO
NATRICIA C. TRICANO, ESQ
Nevada Bar No. 9723
**THE TRICANO LAW OFFICE**
601 South 7th Street
Las Vegas, Nevada 89101
(702) 476-2000

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Willie Wade, an individual; Carnell Washington, an individual; Viola Washington, an individual; James Kennedy, an individual; and Theodore Kennedy, Jr., an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>CARRIAGE CEMETERY SERVICES, INC., d/b/a BUNKERS MORTUARIES, CEMETARIES, & CREMATORY, MEMORY GARDENS MEMORIAL PARK, a Nevada Foreign Corporation, PALM MORTUARY, a Nevada Corporation, DOES 1 through 5, and ROE CORPORATIONS 1 though 5,<br><br>Defendants, | CASE NO. 2:08-cv-01102-KJD-RJJ<br><br>**STIPULATION AND ORDER TO VACATE TRIAL** |

WHEREAS a trial is scheduled to take place on January 12, 2010 at 8:30 a.m. in courtroom 7D of the United States District Court, District of Nevada.

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs WILLIE WADE, CARNELL WASHINGTON, VIOLA WASHINGTON, JAMES KENNEDY, AND THEODORE

1

1 KENNEDY, JR., by and through their respective counsel of record,
2 NATRICIA C. TRICANO, ESQ. of the TRICANO LAW OFFICE, and Defendant,
3 CARRIAGE CEMETERY SERVICES, INC., d/b/a BUNKERS MORTUARIES, CEMETARIES,
4 & CREMATORY, MEMORY GARDENS MEMORIAL PARK, by and through its
5 respective counsel of record, CHAD FEARS, ESQ., of the law offices of
6 SNELL & WILMER, and Defendant, PALM MORTUARY, by and through its
7 respective counsel of record, ERIC R. LARSEN, ESQ., of the law offices
8 of MELISSA P. HARRIS, that the trial currently scheduled for January
9 12, 2010, at 8:30 a.m., be vacated.

10    Dated this 17 day of December 2009.

11 THE TRICANO LAW OFFICE                    SNELL & WILMER

13 /s/ Natricia C. Tricano, Esq.             /s/ Chad Fears, Esq.
   NATRICIA C. TRICANO, ESQ.                 CHAD FEARS, ESQ.
14 Nevada Bar No. 9723                       Nevada Bar No. 6970
   601 South 7th Street                      3883 Howard Hughes Parkway
15 Las Vegas, NV 89101                       Suite 1100
   (702) 476-2000                            Las Vegas, Nevada 89169
16 Attorney for Plaintiffs                   (702) 784-5258
                                             Attorney for Defendant
17                                           Carriage Cemetery Services

19 LAW OFFICES OF MELISSA P. HARRIS

   /s/ Eric R. Larsen, Esq.
20 ERIC R. LARSEN, ESQ.
   Nevada Bar No. 9423
21 750 East Warm Springs Road
   Suite 320
22 Las Vegas, Nevada 89119
   (702) 387-8070
23 Attorney for Defendant
   Palm Mortuary
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28
   / / /

**ORDER**

IT IS SO ORDERED.

Dated this ____ day of _____, 2009.

_____
MAGISTRATE JUDGE

Submitted by:

THE TRICANO LAW OFFICE


/s/ Natricia C. Tricano, Esq.
NATRICIA C. TRICANO, ESQ.
Nevada State Bar No. 9723
601 South 7th Street
Las Vegas, Nevada 89101
Attorney for Plaintiffs

3