Natricia C. Tricano (NV Bar No. 9723)
TRICANO LAW OFFICE
601 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 476-2000
Facsimile: (702) 446-5436
*Attorney of Plaintiffs*

Kelly A. Evans (NV Bar No. 7691)
Chad R. Fears (NV Bar No. 6970)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF THEODORE KENNEDY; WILLIE WADE, an individual; CARNELL WASHINGTON, an individual; VIOLA WASHINGTON, an individual; JAMES KENNEDY, an individual; and THEODORE KENNEDY, JR., an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CARRIAGE CEMETERY SERVICES, INC., d/b/a BUNKERS MORTUARIES, CEMETARIES, & CREMATORY, MEMORY GARDENS MEMORIAL PARK, DOES 1 through 5, and ROE CORPORATIONS 1 through 5, <br><br> Defendants. | CASE NO. 2:08-CV-01102-GMN-RJJ <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order dated July 26, 2010, the parties submit this joint status report. The parties have mutually settled their claims against each other and have entered

into a settlement agreement.   Due to mistakes of Defendant's insurer, Plaintiffs have only

received partial payment, which they received on August 31, 2010.   The parties anticipate full

payment to be completed no later than Friday, September 3, 2010, at which time they will submit

the appropriate stipulation for dismissal.   In the event of further delays on payment, Plaintiffs

request a status hearing during the week of September 7, 2010, however, the status hearing may

be vacated if the remaining payment and stipulation to dismiss are filed by September 3, 2010.

Dated: September 1, 2010

THE TRICANO LAW OFFICES                 SNELL & WILMER L.L.P.

By: _/s/ Natricia C. Tricano_____        By:___/s/ Chad R. Fears_____

   Natricia C. Tricano (NV Bar No. 9723)      Kelly Evans (NV Bar No. 7691)
   601 South 7th Street                                    Chad Fears (NV Bar No. 6970)
   Las Vegas, NV 89101                                3883 Howard Hughes Parkway, Suite 1100
                                                                   Las Vegas, NV 89169
   Attorney for Plaintiffs
                                                                   Attorneys for Defendant

**ORDER**

   IT IS SO ORDERED.

DATED this __ day of _____, 2010


   _____
   UNITED STATES DISTRICT JUDGE

11936759
09/01/10

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200