Kelly A. Evans, Nevada Bar No. 7691
Chad R. Fears, Nevada Bar No. 6970
Jay J. Schuttert, Nevada Bar No. 8656
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorneys for Defendant
CARRIAGE CEMETERY SERVICES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF THEODORE KENNEDY; WILLIE WADE, an individual; CARNELL WASHINGTON, an individual; VIOLA WASHINGTON, an individual; JAMES KENNEDY, an individual; and THEODORE KENNEDY, JR., an individual,<br><br>Plaintiffs,<br>vs.<br><br>CARRIAGE CEMETERY SERVICES, INC., d/b/a BUNKERS MORTUARIES, CEMETARIES, & CREMATORY, MEMORY GARDENS MEMORIAL PARK, a Nevada Foreign Corporation, PALM MORTUARY, a Nevada Corporation, DOES 1 through 5, and ROE CORPORATIONS 1 through 5,<br><br>Defendants. | Case No. 2:08-cv-01102-GMN-RJJ<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs THEODORE KENNEDY, JR., WILLIE WADE, CARNELL WASHINGTON, VIOLA WASHINGTON, and JAMES KENNEDY and Defendant CARRIAGE CEMETERY SERVICES, INC., d/b/a BUNKERS MEMORY GARDENS MORTUARY (hereafter "Carriage"), by and through their undersigned counsel, stipulate and agree that the above-captioned case, all claims, causes of action and defenses between Plaintiffs and Defendant

1  Carriage as set forth in the pleadings be dismissed with prejudice, with each party to bear their
2  own attorneys' fees and costs.

3  DATED this 3rd day of ~~July~~ September, 2010.          DATED this 28 day of July, 2010

4  SNELL & WILMER L.L.P.                                    THE TRICANO LAW OFFICE

6  _/s/ Chad F._____                              _/s/ Natricia C. Tricano_____
   Kelly A. Evans, Esq.                                     Natricia C. Tricano, Esq.
7  Chad R. Fears, Esq.                                      601 South 7th Street
   Jay J. Schuttert, Esq.                                   Las Vegas, Nevada 89101
8  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169                                      *Attorney for Plaintiffs Theodore Kennedy, Jr.,*
                                                            *Willie Wade, Carnell Washington, Viola*
10 *Attorneys for Defendant Carriage Cemetery*              *Washington, and James Kennedy*
   *Services, Inc. d/b/a Bunkers Memory Gardens*
11 *Mortuary*

### ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2010.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

11746303
07/15/10